GARY M. RESTAINO
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

CR22-01418 TUC-RM(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §554(a) (Smuggling Goods from the United States) |
| Aldo Ernesto Morgan-Espinoza, Jose Alexis Navarro, | |
| Defendants. | |

**THE GRAND JURY CHARGES:**

On or about February 27, 2020, in the District of Arizona, Defendants ALDO ERNESTO MORGAN-ESPINOZA and JOSE ALEXIS NAVARRO knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: firearms parts and components, including twenty RPD 100-round drum magazine and belt sets, five Browning 1919A4 7.62x39mm caliber barrels, two 1919A4 extractor/ejector sets, eleven 1919A4 right rear cartridge stops, ten 1919A4 cartridge guides, and twelve 1919A4 belt holding paws; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; and Title 22, Code of Federal Regulations, Parts 121.1 and 123.1.

1 | In violation of Title 18, United States Code, Section 554(a).

A TRUE BILL

**/ s /**
FOREPERSON OF THE GRAND JURY
Dated: June 29, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

**/ s /**
ANGELA W. WOOLRIDGE
Assistant U.S. Attorney